| | |
|---|---|
| 1 | MICHAEL L. FRANCISCO (*Pro Hac Vice*) |
| 2 | michael.francisco@mrd.law<br>MRDLaw |
| 3 | 3301 W. Clyde Pl.<br>Denver, CO  80211 |
| 4 | T:  303-325-7843<br>F:  303-723-8679 |
| 5 | TAYLOR C. FOSS (SBN 253486) |
| 6 | tfoss@mrllp.com<br>MICHELMAN & ROBINSON, LLP |
| 7 | 17901 Von Karman Avenue, Suite 1000<br>Irvine, CA  92614 |
| 8 | T:  714-557-7990<br>F:  714-557-7991 |
| 9 | Attorneys for Defendant |
| 10 | JAMMIN JAVA CORPORATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FIFTY-SIX HOPE ROAD MUSIC LIMITED, a Bahamian corporation, and HOPE ROAD MERCHANDISING, LLC, a Florida limited liability company,<br>Plaintiffs,<br>vs.<br>JAMMIN JAVA CORPORATION, a Nevada corporation, and DOES 1-10,<br>Defendants. | Case No. 16-cv-05810-SVW (MRW)<br><br>**UNOPPOSED APPLICATION FOR AN ORDER SHORTENING TIME TO CONSIDER JAMMIN JAVA CORP.'S NOTICE OF MOTION AND MOTION FOR VOLUNTARY DISMISSAL, TO STAY DISCOVERY, AND CONTINUE TRIAL DATE** |
| JAMMIN JAVA CORPORATION,<br>Counterclaim Plaintiff,<br>vs.<br>FIFTY-SIX HOPE ROAD MUSIC LIMITED, and HOPE ROAD MERCHANDISING, LLC,<br>Counterclaim Defendants. | Hon. Stephen V. Wilson |
| JAMMIN JAVA CORPORATION,<br>Counterclaim Plaintiff,<br>vs.<br>ROHAN MARLEY, an individual,<br>Counterclaim Defendant. | |

UNOPPOSED APPLICATION FOR AN ORDER SHORTENING TIME

1  Defendant and Counterclaim Plaintiff Jammin Java Corporation ("Jammin
2  Java") hereby applies for an order shortening time for the Court to consider
3  Jammin Java's Motion for Voluntary Dismissal, to Stay Discovery, and Continue
4  Trial Date.
5  Expedited consideration of Jammin Java's motion is necessary because this
6  case is effectively over in light of the Court's January 26, 2017 Order and
7  continuing with discovery now would be wasteful and unnecessary.  Jammin Java
8  is seeking to dismiss its remaining claims with prejudice and a stay of discovery
9  would serve the purposes of providing the parties the opportunity to discuss the
10  terms of settlement of Plaintiffs' remaining claims without the unnecessary
11  expenditure of additional resources on discovery.  The parties are in the middle of
12  discovery, have multiple depositions on calendar, and stand to expend a substantial
13  amount of money in the immediate future.
14  Counsel met and conferred regarding this motion.  Counterclaim Defendants
15  do not oppose this application.
16  A [Proposed] Order is filed concurrently herewith.

DATED: February 3, 2017          By: /s/ Taylor C. Foss

                                 Michael L. Francisco
                                 MRDLaw

                                 Taylor C. Foss
                                 MICHELMAN & ROBINSON, LLP

                                 Attorneys for Defendant
                                 JAMMIN JAVA CORPORATION

-1-
UNOPPOSED APPLICATION FOR AN ORDER SHORTENING TIME